UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga

Jared M Broome 9-27-1989 )
)
)
(Enter above the NAME of the plaintiff in this action.) )

v. )

United States )
East Ridge Police Dept. )
Officer Beetle )
(Enter above the NAME of each defendant in this action.) )

1:26-mc-54
Atchley | Steger

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: ______________________

______________________

Defendants: ______________________

______________________

2. COURT: (If federal court, name the district; if state court, name the county): ______________________

3. DOCKET NUMBER: ______________________

4. Name of Judge to whom case was assigned: ______________________

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________

6. Approximate date of filing lawsuit: ______________________

7. Approximate date of disposition: ______________________

II. PLACE OF PRESENT CONFINEMENT: Hamilton Co-Sheriffs Dept.(Jail)

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (X)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

C. If your answer is YES,

1. What steps did you take? I was Given this form To fill out.

2. What was the result? I'm Completing This form.

D. If your answer to B is NO, explain why not. ______________________

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (X) NO ( )

F. If your answer is YES,

1. What steps did you take? They Told Me I needed to wait till I was released or fill out this form

2. What was the result? filling out this form

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Jared M. Broome

Present address: 601 Justice Way Chattanooga, TN 37422

Permanent home address: 3801 Kingwood Circle Chattanooga TN 37412

Address of nearest relative: 3801 Kingwood circle Chattanooga, TN, 37412

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Officer Beetle

Official position: Police Officer

Place of employment: East Ridge Police Department.

C. Additional defendants:

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On January 20 East Ridge

(All These facts are in Detail in motion To Supress)

Police officer Beetle arrived at my Home at 3801 Kingwood circle To arrest me for an ellegeal fleeing & elluding charge. I was inside my Shed at The back of The House and the End of Driveway. The Shed IS Considered a resonable place of privacy and had a functional Lock and Door. I was Told To exit The Shed So I Did. I had Translucent plastic Curtains behind The Door That blocked any curtilage View. It was Raining So Officer Bettle asked To Search my Shed I Said NO I Do not consent. So He Asked To Get My Shoes wich were at The front of The Shed right by The Door. He went inside My Shed and Started Searching after I Told him NO. Then I got my Shoes I Told him I Do not consent To any Searches or Seizures. He Took me To Jail. The falsified probable cause, Lied To The East Ridge Magistrated Judge in order To obtain a Search warrant. He came back Searched The Shed. I was charged with a Fire Arm, I Spent 27 Months Incarserated, Lost my Job and Had my Idenity Stoled.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

I feel I Should be rewarded $100,000 for Lost wages, pain and Suffering, having my IDenity Stoled. Having my belongings Stoled. being Assaulted by multiple inmates While incarserated. I worked Fulltime before This as a HVAC Tech at pilgrims pride. (Anhydrous Ammonia Maint. Technician) I was unable to be rehired at my Job I Loved So much.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 4th day of November, 2026.

[signature]

Signature of plaintiff(s)